UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
March 12, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> NAHEED KHAN, ) <br> Defendant. ) <br> _____ ) | Case No. MAG. 09-0086-EFB <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release NAHEED KHAN, Case No. MAG. 09-0086-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___   Release on Personal Recognizance

    _X_   Bail Posted in the Sum of: $25,000.00.

        _X_   Unsecured Appearance Bond

        ___   Appearance Bond with Surety

        _X_   (Other) Conditions as stated on the record.

        ___   (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  03/12/09  at 2:48 pm

By _____
Edmund F. Brennan
United States Magistrate Judge