| | |
|---|---|
| 1 | **JOSEPH J. WISEMAN, ESQ., CSBN 107403** |
| 2 | **JOSEPH J. WISEMAN, P.C.** |
| |    **1477 Drew Avenue, Suite 106** |
| 3 |    **Davis, California 95618** |
| |    **Telephone:    530.759.0700** |
| 4 |    **Facsimile:    530.759.0800** |
| 5 | **Attorney for Defendant** |
| | MUMRAIZ KHAN |

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. CR S 09-0138 MCE |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER TO |
| vs. | ) CONTINUE STATUS CONFERENCE |
| | ) |
| MUMRAIZ KHAN, AHMAD KHAN, | ) DATE: May 21, 2009 |
| NAHEED KHAN, | ) TIME: 9:00 a.m. |
| Defendants. | ) CTRM. Honorable Morrison C. England, Jr. |
| | ) |

It is hereby stipulated and agreed to between plaintiff, UNITED STATES OF AMERICA, through its counsel of record, R. Steven Lapham, Assistant United States Attorney, defendant AHMAD KHAN, through his counsel of record, Charles Pacheco, defendant NAHEED KHAN, through his counsel of record, Michael Long and defendant, MUMRAIZ KHAM, through his counsel of record, Joseph J. Wiseman, that the status conference scheduled for May 21, 2009, at 9:00 a.m., be rescheduled to June 25, 2009, 9:00 a.m.

The parties further stipulate and agree that a continuance is appropriate in this case and request that the time beginning May 21, 2009 and extending through June 25, 2009, be ordered excluded from the calculation of time under the Speedy Trial Act. The ends of justice will be served by the Court excluding such time, so that counsel for the Defendants may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv). Specifically, the defendants and their counsels of

1  record need additional time to review the voluminous discovery the government has provided to
2  date in this case.
3     The parties submit that the interests of justice served by granting this continuance
4  outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §
5  3161(h)(8)(A).

Dated: May 19, 2009                Respectfully submitted,

                                   JOSEPH J. WISEMAN, P. C.
                                   By:    /s/ Joseph J. Wiseman
                                      JOSEPH J. WISEMAN
                                      Attorney for Defendant
                                      MUMRAIZ KHAN

Dated: May 19, 2009                By:   /s/ Charles Pacheco
                                      CHARLES PACHECO
                                      Attorney for Defendant
                                      AHMAD KHAN

Dated: May 19, 2009                By:   /s/ Michael Long
                                      MICHAEL LONG
                                      Attorney for Defendant
                                      NAHEED KHAN

Dated: May 19, 2009                LAWRENCE G. BROWN
                                   Acting United States Attorney

                                   By:     /s/ R. Steven Lapham
                                      R. STEVEN LAPHAM, AUSA
                                      Attorney for Plaintiff
                                      UNITED STATES OF AMERICA

1 **ORDER**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the status hearing in the above-captioned case be continued to June 25, 2009, at 9:00 a.m. IT IS FURTHER ORDERED THAT the time from the date of this Order to June 25, 2009 be excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(iv) (reasonable time to prepare) and Local Rule T4. J

DATED: May 21, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE