**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE:(916) 649-2006
FAX: (916) 920-7951
E mail: jaygreiner@midtown.net

ATTORNEY FOR DEFENDANT
AHMAD KHAN

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.-S-09-138-MCE |
| ) | |
| PLAINTIFF, ) | STIPULATION AND |
| ) | ORDER TO CONTINUE THE CASE |
| v. ) | TO THURSDAY, JUNE 3, 2010 |
| ) | |
| AHMAD KHAN, et al, ) | |
| ) | |
| DEFENDANTS. ) | |
| _____) | |

Plaintiff United States of America, by its counsel, Assistant United States Attorney, Mr. R. Steven Lapham and defendant, MUMRAIZ KHAN by his attorney, Joseph J. Wiseman, defendant NAHEED KHAN, by her attorney, Michael D. Long, and AHMAD KHAN, by his attorney, Mr. James R. Greiner, hereby stipulate and agree that the status conference calendared for **Thursday, May 13, 2010, at 9:00 a.m.** before the Honorable United States District Court Judge, Morrison C. England, Jr. , may be continued to **Thursday, June 3, 2010,  at 9:00 a.m.**

The Court's courtroom deputy, Ms. Keshia Jones, has been contacted to ensure the Court's calendar was available for that date and the Court is available on Thursday, June 3, 2010.

The defendants are out of custody. There is no trial date set.

1

1 The parties agree and stipulate that all of time exclusions from the Speedy Trial
2 Act are correct, necessary and specifically agreed that the failure to grant a
3 continuance in this case would deny defense counsel reasonable time necessary for
4 effective preparation, taking into account the exercise of due diligence. In addition,
5 the parties agree and stipulate that the ends of justice would be served by granting the
6 requested continuance outweigh the best interests of the public and the defendants in
7 a speedy trial. Therefore the parties agree and stipulate that time under the Speedy
8 Trial Act shall continue be excluded **up to and including Thursday, June 3, 2010,**
9 **under** the Speedy Trial Act under Local Code T-4 (**time for defense counsel**
10 **preparation**) and Title 18 U.S.C. section 3161(h)(8)(B)(iv)

## PROCEDURAL STATUS OF THE CASE

12 The government and the defense are both working diligently to resolve this
13 case by plea and not by trial, thus saving the resources of both the Court and the
14 government. The parties have identified an area that needs further investigation,
15 which is on going. The time requested by the parties will enable further investigation
16 so that the case can move toward resolution by plea.

Respectfully submitted,

BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

/s/ R. STEVEN LAPHAM by telephone authorization

DATED: 5-11-10
_____
R. STEVEN LAPHAM
ASSISTANT UNITED STATES ATTORNEY
ATTORNEY FOR THE PLAINTIFF

DATED: 5-11-10         /s/ JOSEPH J. WISEMAN by telephone authorization

_____
JOSEPH J. WISEMAN

1 | Attorney for defendant MUMRAIZ KHAN

2
3 | DATED: 5-11-10        /s/ MICHAEL D. LONG by e mail authorization
   | _____
4 | MICHAEL D. LONG
   | Attorney for Defendant NAHEED KHAN

5

6
7 | DATED: 5-11-10        /s/ James R. Greiner
   | _____
8 | James R. Greiner
   | Attorney for Defendant AHMAD KHAN

3

## ORDER

This matter having come before the Court pursuant to the Stipulation of the parties, and good cause appearing, therefor,

IT IS ORDERED THAT: the hearing now set for **Thursday, May 13, 2010, at 9:00 a.m.,** is vacated and the matter is set for a status conference on **Thursday, June 3, 2010, at 9:00 a.m..**

Further, the Court, finds that time will be excluded under local code T-4, that time is to be excluded for the reasonable time necessary for effective preparation by defense counsel and Title 18 U.S.C. section 3161(h)(7)(B)(iv), of the speedy trial act. The time under the Speedy Trial Act is excluded **from Thursday, May 13, 2010 to Thursday, June 3, 2010.** In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated:  May 12, 2010

**MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE**