**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE:(916) 649-2006
FAX: (916) 920-7951
E mail: jaygreiner@midtown.net

ATTORNEY FOR DEFENDANT
AHMAD KHAN

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR.-S-09-138-MCE |
|---|---|---|
| PLAINTIFF, | ) | STIPULATION AND ORDER TO CONTINUE THE CASE TO THURSDAY, JUNE 24, 2010 |
| v. | ) | |
| AHMAD KHAN, et al, | ) | |
| DEFENDANTS. | ) | |

    Plaintiff United States of America, by its counsel, Assistant United States Attorney, Mr. R. Steven Lapham and defendant, MUMRAIZ KHAN by his attorney, Joseph J. Wiseman, defendant NAHEED KHAN, by her attorney, Michael D. Long, and AHMAD KHAN, by his attorney, Mr. James R. Greiner, hereby stipulate and agree that the status conference calendared for **Thursday, June 3, 2010, at 9:00 a.m.** before the Honorable United States District Court Judge, Morrison C. England, Jr. , may be continued to **Thursday, June 24, 2009,  at 9:00 a.m.**

    The Court's courtroom deputy, Ms. Keshia Jones, has been contacted to ensure the Court's calendar was available for that date and the Court is available on Thursday, May 13, 2010.

    The defendants are out of custody. There is no trial date set.

1

The parties agree and stipulate that all of time exclusions from the Speedy Trial Act are correct, necessary and specifically agreed that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  In addition, the parties agree and stipulate that the ends of justice would be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial. Therefore the parties agree and stipulate that time under the Speedy Trial Act  shall continue be excluded **up to and including Thursday, June 24 , 2010, under** the Speedy Trial Act under Local Code T-4 (**time for defense counsel preparation**) and Title 18 U.S.C. section 3161(h)(8)(B)(iv)

## PROCEDURAL STATUS  OF THE CASE

The defense and the government are continuing the process of meeting and conferring over sentencing questions so that those can be resolved. The case involves a potential large amount of loss and the parties are doing every good faith effort to get the loss amount correct, thus the need for further time to meet and confer between the parties, with counsel, with the government agents and between the defendants and their respective counsel.

Respectfully submitted,

BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

/s/ R. STEVEN LAPHAM  by in person authorization

DATED: 6-2-10

_____
R. STEVEN LAPHAM
ASSISTANT UNITED STATES ATTORNEY
ATTORNEY FOR THE PLAINTIFF

DATED: 6-2-10          /s/ JOSEPH J. WISEMAN by in person authorization

_____
JOSEPH J. WISEMAN
Attorney for defendant MUMRAIZ KHAN


DATED: 6-2-10          /s/ MICHAEL D. LONG by e mail authorization

_____
MICHAEL D. LONG
Attorney for Defendant NAHEED KHAN


DATED: 6-2-10          /s/ JAMES R. GREINER

_____
James R. Greiner
Attorney for Defendant AHMAD KHAN

///
///
///

# ORDER

This matter having come before the Court pursuant to the Stipulation of the parties, and good cause appearing, therefor,

IT IS ORDERED THAT: the hearing now set for **Thursday, June 2, 2010,** at 9:00 a.m., is vacated and the matter is set for a status conference on **Thursday, June 24, 2010, at 9:00 a.m..**

Further, the Court, finds that time will be excluded under local code T-4, that time is to be excluded for the reasonable time necessary for effective preparation by defense counsel and Title 18 U.S.C. section 3161(h)(7)(B)(iv), of the speedy trial act. The time under the Speedy Trial Act is excluded from **Thursday, June 2, 2010 to and including Thursday, June 24, 2010.** In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated: June 2, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE