**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JOSEPH J. WISEMAN, P.C.**
   **1477 Drew Avenue, Suite 106**
   **Davis, California 95618**
   **Telephone:**    **530.759.0700**
   **Facsimile:**    **530.759.0800**

**Attorney for Defendant**
MUMRAIZ KHAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR S 09-0138 MCE |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| MUMRAIZ KHAN, AHMAD KHAN, and NAHEED KHAN, | DATE: September 23, 2010<br>TIME: 9:00 a.m.<br>CTRM. Honorable Morrison C. England, Jr. |
| Defendants. | |

    It is hereby stipulated and agreed to between plaintiff, UNITED STATES OF AMERICA, through its counsel of record, R. Steven Lapham, Assistant United States Attorney, defendant AHMAD KHAN, through his counsel of record, James R. Greiner, defendant NAHEED KHAN, through her counsel of record, Michael Long, and defendant MUMRAIZ KHAM, through his counsel of record, Joseph J. Wiseman, that the status conference scheduled for August 19, 2010, at 9:00 a.m., be rescheduled to September 23, 2010, 9:00 a.m.

    The parties further stipulate and agree that a continuance is appropriate in this case and request that the time beginning August 19, 2010 and extending through September 23, 2010, be ordered excluded from the calculation of time under the Speedy Trial Act. The ends of justice will be served by the Court excluding such time, so that counsel for the Defendants may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7).

1  Specifically, the defendants and their counsel of record need additional time to review
2  the proposed plea agreements offered by the government in anticipation of entering a change of
3  plea on September 23, 2010.
4  The parties submit that the interests of justice served by granting this continuance
5  outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §
6  3161(h)(7).

Dated: August 17, 2010                    Respectfully submitted,

                                                  JOSEPH J. WISEMAN, P. C.
                                                  By:      /s/ Joseph J. Wiseman
                                                     JOSEPH J. WISEMAN
                                                     Attorney for Defendant,  MUMRAIZ KHAN

Dated: August 17, 2010                    By:    /s/ James R. Greiner
                                                   JAMES R. GREINER
                                                   Attorney for Defendant, AHMAD KHAN

Dated: August 17, 2010                    By:   /s/ Michael Long
                                                   MICHAEL LONG
                                                   Attorney for Defendant, NAHEED KHAN

Dated: August 17, 2010                    BENJAMIN B. WAGNER
                                                   United States Attorney

                                                 By:      /s/ R. Steven Lapham
                                                   R. STEVEN LAPHAM, AUSA
                                                   Attorney for Plaintiff
                                                   UNITED STATES OF AMERICA

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the status hearing in the above-captioned case be continued to September 23, 2010, at 9:00 a.m. IT IS FURTHER ORDERED THAT the time from the date of this Order to September 23, 2010 be excluded pursuant to 18 U.S.C. §§ 3161(h)(7) (reasonable time to prepare) and Local Rule T4.

DATED: August 20, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE