1  **JOSEPH J. WISEMAN, ESQ., CSBN 107403**
2  **JOSEPH J. WISEMAN, P.C.**
      1477 Drew Avenue, Suite 106
3     Davis, California 95618
      Telephone:   530.759.0700
4     Facsimile:   530.759.0800

5  **Attorney for Defendant**
   MUMRAIZ KHAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:09-cr-00138 MCE |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER TO CONTINUE SENTENCING |
| MUMRAIZ KHAN, AHMAD KHAN, and NAHEED KHAN, | |
| Defendants. | |

It is hereby stipulated and agreed to between plaintiff, UNITED STATES OF AMERICA, through its counsel of record, R. Steven Lapham, Assistant United States Attorney, defendant AHMAD KHAN, through his counsel of record, James R. Greiner, defendant NAHEED KHAN, through her counsel of record, Michael Long, and defendant MUMRAIZ KHAM, through his counsel of record, Joseph J. Wiseman, that the Judgment and Sentencing scheduled for May 12, 2011, at 9:00 a.m., be rescheduled to May 26, 2011, 9:00 a.m.

The parties are entering into this Stipulation to provide additional time for the probation department to fully address the issues raised in the defendant Mumraiz Khan's informal objections.

///

///

The parties further stipulate to the following sentencing schedule:

Judgment and Sentencing Date:                                  5/26/2011

Reply or Statement of Non-opposition:                          5/19/2011

Motion for Correction of the Presentence Report filed
with court and served on the probation Officer and
Opposing Counsel no later than:                                5/12/2011

The Presentence report shall be filed with the Court
and disclosed to counsel no later than:                        5/5/2011

Dated: April 26, 2011                    Respectfully submitted,

                                         JOSEPH J. WISEMAN, P. C.
                                         By: /s/ Joseph J. Wiseman
                                             JOSEPH J. WISEMAN
                                             Attorney for Defendant, MUMRAIZ KHAN

Dated: April 26, 2011                    By: /s/ James R. Greiner
                                             JAMES R. GREINER
                                             Attorney for Defendant, AHMAD KHAN

Dated: April 26, 2011                    By: /s/ Michael Long
                                             MICHAEL LONG
                                             Attorney for Defendant, NAHEED KHAN

Dated: April 26, 2011                    BENJAMIN B. WAGNER
                                         United States Attorney

                                         By: /s/ R. Steven Lapham
                                             R. STEVEN LAPHAM, AUSA
                                             Attorney for Plaintiff
                                             UNITED STATES OF AMERICA

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the Judgment and Sentencing in the above-captioned case be continued to May 26, 2011, at 9:00 a.m. with sentencing schedule as noted above.

DATED: May 3, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE