


**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE:(916) 649-2006
FAX: (916) 920-7951
E mail: jaygreiner@midtown.net

ATTORNEY FOR DEFENDANT
AHMAD KHAN

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:09-CR-00138-MCE |
| ) | |
| PLAINTIFF, ) | STIPULATION AND ORDER TO CONTINUE THE STATUS CONFERENCE TO THURSDAY, JANUARY 24, 2013 |
| ) | |
| v. ) | |
| ) | |
| AHMAD KHAN, et al, ) | |
| ) | |
| DEFENDANTS. ) | |
| _____) | |

Plaintiff United States of America, by its counsel, Assistant United States Attorney, Mr. R. Steven Lapham and defendant, MUMRAIZ KHAN by his attorney, John Balazs, and defendant AHMAD KHAN, by his attorney, Mr. James R. Greiner, hereby stipulate and agree that the status conference calendared for **Thursday, January 3, 2013, at 9:00 a.m.** before the Honorable Chief United States District Court Judge, Morrison C. England, Jr. , may be continued to **Thursday, January 24, 2013, at 9:00 a.m.**

The Court's courtroom deputy has assured the Court is available that date.

The defendants are in custody serving time in Federal Prison.

The Status Conference is regarding the re-sentencing of the defendants pursuant to the Ninth Circuit's unpublished memorandum filed on July 3, 2012,

1

1  docket number 139.

2  The parties agree and stipulate that the Speedy Trial Act is not applicable to re-
3  sentencing.

4  The parties have further granted authorization to James R. Greiner to sign on
5  their behalf.

6          Respectfully submitted,

7          BENJAMIN B. WAGNER
        UNITED STATES ATTORNEY

8          /s/ R. STEVEN LAPHAM

9  DATED: 12-17-12
10         R. STEVEN LAPHAM
        ASSISTANT UNITED STATES ATTORNEY
11         ATTORNEY FOR THE PLAINTIFF

12 DATED: 12-17-12   /s/ JOHN BALAZS

13
        JOHNBALAZS
14         Attorney for defendant MUMRAIZ KHAN

15

16 DATED: 12-17-12   /s/ James R. Greiner

17         James R. Greiner
        Attorney for Defendant AHMAD KHAN

2

**ORDER**

This matter having come before the Court pursuant to the Stipulation of the parties, and good cause appearing,

IT IS ORDERED that the hearing now set for Thursday, January 3, 2012, at 9:00 a.m., is vacated and the matter is set for a status conference on **Thursday, January 24, 2013, at 9:00 a.m.**.

DATED: January 2, 2013

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3